UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL CAMACHO,

        Plaintiff,

v.                             Case No.  8:16-cv-1868-T-33JSS

MID STATE INDUSTRIAL
CORPORATION, et al.,

        Defendants.
_____/

**ORDER**

This matter is before the Court sua sponte. Pro se Plaintiff Michael Camacho filed this action against the Defendants Mid State Industrial Corporation, Hal Kersey, Laura Kersey, Lauren Jones, Josh Kersey, and Keith Wesche on June 28, 2016. (Doc. # 1). The Court now takes this opportunity to explain to Camacho the requirements for effecting service on the Defendants.

In every civil case, "a summons must be served with a copy of the complaint." Fed. R. Civ. P. 4(c)(1). The methods for serving an individual within a judicial district of the United States are detailed in Rule 4(e), and the requirements for service on a corporation are outlined in Rule 4(h). Additionally, "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who

makes service." Fed. R. Civ. P. 4(c)(1). The deadline for Camacho to accomplish service is **September 26, 2016,** which is 90 days from the date he filed the Complaint. See Fed. R. Civ. P. 4(m).

Additionally, the Court directs Camacho to provide a status as to the efforts he has taken to effect service on Defendants on or before August 22, 2016. Once service on Defendants has been completed, Camacho is required to file the proof of service with the Court in accordance with Rule 4(l), Fed. R. Civ. P.

If Camacho is interested in maintaining the present action, he must become familiar with the Federal Rules of Civil Procedure, along with the Local Rules of the Middle District of Florida.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff is instructed to comply with Rule 4, Fed. R. Civ. P., and to file a proof of service document once service upon the Defendants has been accomplished.

(2) Plaintiff is directed to provide a status as to the efforts he has taken to serve Defendants on or before August 22, 2016.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd

2

day of August, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3